IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 13-00123-01-CR-W-DGK |
| | ) | |
| BRYCE HUGHES | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On or about, July 11, 2012, in Jackson County, in the Western District of Missouri, Bryce Hughes, having been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, a Rohm, Model 38S, .38 caliber revolver, bearing Serial Number FF 329979; contrary to Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
>      Government:  AUSA Bruce Rhoades
>      Case Agent:   ATF Special Agent Tyree Koerner
>      Defense: F. A. White, Jr.

**OUTSTANDING MOTIONS**:  NONE

**TRIAL WITNESSES**:
>      Government: 2-3 witnesses with stipulations;  4 witnesses without stipulations
>      Defendants:  2 witnesses, including the defendant

**TRIAL EXHIBITS**
>      Government:  3-6 exhibits
>      Defendant:  2 exhibits for defendant

**DEFENSES**: General denial and entrapment

**POSSIBLE DISPOSITION**:
>      (X   ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:  1 ½  days**
>      Government's case including jury selection:  less than one day
>      Defense case: a few hours to ½ day

**STIPULATIONS**:  Government counsel has proposed stipulations concerning foundational information for the introduction of certain documents and the interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:**  At the conclusion of the testimony, defense counsel may ask for an adverse inference instruction concerning a video that was lost.[1]

**FILING DEADLINES:**

>   **Witness and Exhibit List**
>    Government: Friday before the pretrial conference
>    Defense: Friday before the pretrial conference
>    **Counsel are requested to list witnesses in alphabetical order on their witness list.**
>
>   **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, February 4, 2014**
>   **Please Note**: Jury instructions must comply with Local Rule 51.1
>
>   **Motions in Limine:** None anticipated; However, defense counsel may file a pretrial memorandum or trial brief.

**TRIAL SETTING**: Criminal jury trial docket commencing on February 23, 2015
>   **Please note:** Government counsel prefers the first week of the docket, but can be available either week.

**IT IS SO ORDERED.**

>                         */s/   SARAH W. HAYS*
>                          SARAH W. HAYS
>                          UNITED STATES MAGISTRATE JUDGE

---

[1]  Mr. White points out that although Judge Phillips denied a motion to dismiss for failure to preserve exculpatory evidence, the Court took under advisement the request for an adverse inference instruction. (<u>See</u> doc. # 58 at 3)